## Green Jacket Auctions – ANGC August 2017 Postings

| Exh. No. | Lot # | Image | Description | Link |
|---|---|---|---|---|
| 1 | 1 |  | **Byron Nelson's Masters Champion's Green Jacket** | https://greenjacketauctions.com/bids/bidplace?itemid=21897 |
| 2 | 2 |  | **Only Known "ANGC Patch" Member's Green Jacket** | https://greenjacketauctions.com/bids/bidplace?itemid=21669 |
| 3 | 3 |  | **Augusta National Golf Club Member's Green Jacket** | https://greenjacketauctions.com/bids/bidplace?itemid=21373 |
| 4 | 58 |  | **Augusta National Golf Club 8 Silverware Place Settings** | https://greenjacketauctions.com/bids/bidplace?itemid=21675 |

| 5 | 85 |  | **One of a Kind Augusta National Golf Club Sterling Silver and 14k Gold Belt Buckle** | https://greenjacketauctions.com/bids/bidplace?itemid=21654 |
|---|-----|---|---|---|
| 6 | 419 |  | **Augusta National Golf Club Set of 8 Tall Ice Tea Spoons** | https://greenjacketauctions.com/bids/bidplace?itemid=21676 |
| 7 | 420 |  | **Augusta National Golf Club St of 8 Seafood Forks** | https://greenjacketauctions.com/bids/bidplace?itemid=21677 |
| 8 | 421 |  | **Augusta National Golf Club Set of 8 Large Soup Spoons** | https://greenjacketauctions.com/bids/bidplace?itemid=21678 |
| 9 | 707 |  | **Augusta National Golf Club Set of 3 Large Serving Spoons** | https://greenjacketauctions.com/bids/bidplace?itemid=21679 |

EXHIBIT A Page 2 of 2



**EXHIBIT A-1**



Scroll to view all images

**Lot Description ▾**

Even casual golf fans know the legend: green jackets are not allowed to leave the hallowed grounds of Augusta National Golf Club. The actual truth – that this restriction is only a very recent creation – does not detract from the fact that the mystique of owning a green jacket prevails to this day.

Offered here is the actual green jacket of 1937 and 1942 Masters Tournament Champion Byron Nelson. This is just the fourth Masters Champion's green jacket to ever reach the auction block. All three prior sales have also been by Green Jacket Auctions, the world's leading golf auction house.

It has been a full four years since the last "Champs Jacket" was offered for auction - when we sold Horton Smith's green jacket for a world golf record at $682,229. Due to the soaring upward trajectory of golf memorabilia prices (and really all collectibles) in recent years, Horton Smith's green jacket is surely now worth in excess of $1 million.

Though we make no claims that Byron Nelson's green jacket is superior to golf collecting's recognized Holy Grail, the Horton Smith green jacket, the truth is that many golfers would no doubt prefer to own Nelson's jacket. Byron Nelson, the supremely likeable Texan, maintains a lofty reputation as one of the greatest to ever play the game. His DiMaggio-like streak of 11 straight PGA Tour victories is widely regarded as golf's most untouchable record – even more than Jack's 18 Majors and Snead's 82 PGA Tour wins.

It should be noted that the dearth of Masters Champion green jackets in the collector market is surprisingly not a result of Augusta National owning them. Quite the opposite – most early green jackets were discarded or destroyed in an era when they were merely seen as a symbolic garment, not a significant piece of golf history. A review of Augusta National's internal records reveals that they do not own a single jacket that was produced prior to 1967. That's right, ANGC does not own one green jacket (from a member or Champion) from the first 3 decades of the club's existence.

**Jacket Details**

This green jacket was produced for Byron Nelson in 1966. Collectors are often surprised to learn that Champions (and Augusta National members) frequently own multiple jackets over their lifetime. Much like how you wouldn't wear the same piece of clothing for 50+ years, green jackets are no different. Every 10-15 years or so, are often replaced due to wear on the jacket, weight change of the owner, etc. (Nick Faldo has ordered 6(!) green jackets since 1989).

A photographic study of Mr. Nelson's history in Augusta reveals that he likely owned at least 5 green jackets during his lifetime. The first was one of the so-called "Original 10" jackets awarded in 1949. That jacket almost certainly no longer exists, as there is no record of it beyond the 1950s. The manufacturer's tag on the inside of this jacket states that it was produced for Byron Nelson in May of '66 – which means it was likely ordered by Nelson while in Augusta in April for the 1966 Masters, and delivered a few weeks later. Nelson can be seen wearing this exact jacket in numerous photos from the late 1960s and throughout the 1970s. (This green jacket is particularly easy to photo match because it is quite unusual compared to most other green jackets. It has large side pockets (with top flap) that are entirely sewn onto the exterior of the jacket, as well as a skinny lapel with thick diagonal stitching at the collar.)

You can view a sample of photos of Byron Nelson wearing this green jacket:

**EXHIBIT A-1 (cont)**

Click to View

At some point in the early 1980s, a new green jacket was produced for Mr. Nelson to replace this one. He wore that jacket for several years before apparently getting yet another green jacket later in life. We do not know whether either Augusta National or the Nelson family still owns one of these later green jackets, though if they do, such jacket would be decades newer than the offered green jacket.

We are almost certain that this 1966 Byron Nelson green jacket is the earliest (and, therefore, most significant in collecting appeal) Byron Nelson green jacket in existence. We expect investment-minded collectors to be paying close attention to this auction. With the possible exception of the record Horton Smith green jacket, no finer Masters Champion's green jacket has ever been publicly offered for sale. In the years to come, we suspect that fact will forever remain true.

Byron Nelson's green jacket is offered for auction with No Reserve. It has resided in an overseas collection for years. At the conclusion of this auction, perhaps it will finally find its way home.

**Estimate: $250,000+**

Views: 2071

**EXHIBIT A-1 (cont)**



**EXHIBIT A-2**

01104247.docx-1

**Lot Description**

On the Friday of Masters Week this year, we were shocked to learn that Green Jacket Auctions was featured on the front page of the Wall Street Journal. The attention that followed, combined with the record sale of the "Thrift Store" green jacket for $139,349, resulted in a call that we never could have imagined. That call came from a non-golfer (but Wall Street Journal reader) whose family had something we've been searching for since we started Green Jacket Auctions in 2006 – one of the original "ANGC Patch" green jackets.



Scroll to view all images

We had long since given up hope that one of these pre-World War II green jackets with the crude original ANGC Patch still existed. We've all seen dozens of black & white photos from the early days of Augusta National featuring these primitive green jackets. But even Augusta National Golf Club does not own one. Neither does the World Golf Hall of Fame or any other museum. The largest private golf collections in the world? Nope. None. The only known surviving example is Bobby Jones' own Green Jacket, which is one of the most valuable articles in the golf hobby.

What happened to all of the early green jackets from Augusta's members? Those jackets were discarded or destroyed many decades ago – in an era when they were merely seen as a symbolic garment, not a significant piece of golf history. A review of Augusta National's internal records reveals that they do not own a single jacket that was produced prior to 1967. That's right, ANGC itself does not own one green jacket (from a member or Champion) from the first 3 decades of the club's existence.

But the winner of this auction will…

The reason why this green jacket still exists is quite fortuitous, and extraordinary. After World War II, Augusta National switched the crude original "ANGC Patch" to its now-iconic United States logo. All members' green jackets were then replaced with this new version. But George King, who was an early Augusta National member from Wisconsin, never returned to Augusta National after the war. In fact, family lore states his membership at ANGC was short lived, and that he only went to Augusta at most a couple times in his life – after being convinced into joining by a fellow Wisconsinite.

So, in a case of extreme irony, Augusta National itself does not own one of these original Green Jackets, but the family of an early disinterested member owns perhaps the only surviving example.

This jacket comes with ironclad provenance – it is being consigned by the King family whose great grandfather George King was the early Augusta National member who owned this green jacket. The jacket contains a patch with George King's initials inside. The manufacturer's tag is from John Alfieri in Augusta, who is documented to be one of the first green jacket producers. The manufacturer's tag contains George King's handwritten name, and is dated March 1940.

*Letter of Provenance from the King family*

Views: 671

**EXHIBIT A-2 (cont)**



**EXHIBIT A-3**



**EXHIBIT A-4**



**EXHIBIT A-5**



**EXHIBIT A-6**



**EXHIBIT A-7**



**EXHIBIT A-8**



**EXHIBIT A-9**