IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUGUSTA NATIONAL, INC., | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action Number: **CV117-096** |
| GREEN JACKET AUCTIONS, INC., | ) ) ) |
| Defendant. | ) ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:
**GREEN JACKET AUCTIONS, INC.
3623 BEACH DRIVE
TAMPA, FLORIDA 33629**

You are hereby summoned and required to file with the clerk of said court and serve upon the plaintiff's attorney, whose name and address is:   CHRIS A. COSPER
HULL BARRETT, P.C
Post Office Box 1564
Augusta, Georgia 30903-1564
Telephone: (706) 722-4481

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated: _August 14_, 2017.

CLERK OF COURT

By: _____
Clerk or Deputy Clerk

00851936-1