# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CV117-096  
TITLE Augusta National v. Green Jacket Auctions  
TIMES 10:02 am - 12:06pm; 2:37 pm - 2:52 pm  

DATE August 17, 2017  
TOTAL 4 hrs. 50 min.

Honorable: J. Randal Hall, Chief Judge, U.S. District Court  
Courtroom Deputy: Lisa Widener  
Court Reporter: Victoria Root  
Interpreter:

Attorney for Plaintiff  
Christopher A. Cosper  
Mitchell Snyder  

Attorney for Defendant(s)  
Gail Podolsky  

Attorney for

PROCEEDINGS: Hearing - Motion for Preliminary Injunction  
☑ In Court  
☐ In Chambers

All parties present and ready to proceed.

After hearing from the parties, the Court grants Plaintiff's Motion for Preliminary Injunction. See written order for specific rulings.

Oral motion by Plaintiff to seal (doc 12); no objection by defendant to temporarily seal document. Court grants Plaintiff's motion and orders doc. 12 temporarily sealed.