```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF GEORGIA
                         AUGUSTA DIVISION
```

AUGUSTA NATIONAL, INC.,      *

    Plaintiff,      *

    v.      *      CV 117-096

GREEN JACKET AUCTIONS, INC.,      *

    Defendant.      *

## O R D E R

Plaintiff in this case moved for a preliminary injunction. (Doc. 4.) Following a hearing, the Court granted Plaintiff's motion. For the reasons the Court stated at the conclusion of the hearing, the Court **ORDERS** the following:

A. Defendant Green Jacket Auctions, Inc. is enjoined from selling, or offering to sell, on its website or otherwise, the following items: Byron Nelson's 1966 Champion's Green Jacket (Lot #1); George King's Membership Green Jacket (Lot #2); John Butler Jr.'s Membership Green Jacket (Lot #3); Augusta National Golf Club's Silverware (Lot #58, Lot #419, Lot #420, Lot #421, and Lot #707); and the Augusta National Belt Buckle (Lot #85);

B. Defendant Green Jacket Auctions, Inc. must remove the items described in paragraph A from its website;

C. Defendant Green Jacket Auctions, Inc. is prohibited from subsequently adding the items described in paragraph A to any website owned, used, or maintained by Defendant Green Jacket Auctions, Inc. or any affiliates;

D. Defendant Green Jacket Auctions, Inc. must preserve the items identified in paragraph A that are in its possession; and

E. This injunction shall remain in effect until the final resolution of this action unless otherwise ordered by the Court.

**ORDER ENTERED** at Augusta, Georgia this 17th day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA