**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

AUGUSTA NATIONAL, INC.,        *

                                *

     Plaintiff,               *

                                *

     v.                   *

                                *        CV 117-096

GREEN JACKET AUCTIONS, INC.,   *

                                *

     Defendant.             *

                                *

                                *

**O R D E R**

Currently before the Court is Plaintiff's motion to quash. (Doc. 10.) This motion is **DENIED AS MOOT**. Due to the conclusion of the motion hearing held on this date, Defendant's subpoena duces tecum (see doc. 10-2) is no longer valid.

**ORDER ENTERED** at Augusta, Georgia this _17th_ day of August, 2017.

                                      J. RANDAL HALL, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA