# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| AUGUSTA NATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| GREEN JACKET AUCTIONS, INC., and GREG WAUNFORD-BROWN, | ) |
| Defendants, | ) CASE NO. 1:17-cv-00096-JRH-BKE |
| GREEN JACKET AUCTIONS, INC., | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| AUGUSTA NATIONAL, INC., | ) |
| Counterclaim-Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff/Counterclaim-Defendant Augusta National, Inc., Defendant/Counterclaim-Plaintiff Green Jacket Auctions, Inc., and Defendant Greg Waunford-Brown, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and jointly dismiss all claims and this action with each party to bear its own attorney fees and costs.

This 9th day of January, 2019.

s/ *Christopher A. Cosper*
Christopher A. Cosper
Georgia Bar No. 142020
Hull Barrett PC
801 Broad Street, Suite 700
Augusta, Georgia 30901
(t) 706/722-4481
(f) 706.722.9779
(e) ccosper@hullbarrett.com

1

*Counsel for Plaintiff*
*Augusta National, Inc*.


/s/ *Gail E. Podolsky*
Gail E. Podolsky
Georgia Bar No. 142021
**Attorney for Defendant and Counterclaimant**
**Green Jacket Auctions, Inc. and Defendant**
**Greg Waunford-Brown**

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing **Stipulation of Dimissal** with the Clerk of Court using the CM/ECF system and served upon counsel of record by electronic filing, as follows:

Gail Podolsky, Esq.<br>
A. Barret Broussard, Esq.<br>
Carlton Fields Jorden Burt, PA<br>
1201 W. Peachtree St., NW<br>
Suite 3000<br>
Atlanta, GA 30309

This 9th day of January, 2019.

                                              s/ Christopher Cosper
                                              Christopher A. Cosper