IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| AUGUSTA NATIONAL, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 117-096 |
| GREEN JACKET AUCTIONS, INC. and GREG J. WAUNFORD-BROWN, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal. (Doc. 147.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Because the Parties did not stipulate otherwise, the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA